**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7032**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RANDY GEAN WILLIAMS, a/k/a Malik Strong,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda Wright Allen, District Judge.  (2:99-cr-00116-AWA-2)

_____

Submitted:  November 2, 2012          Decided:  November 7, 2012

_____

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Randy Gean Williams, Appellant Pro Se.  Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy Gean Williams appeals the district court's order denying relief on his motion seeking a reduction of his sentence, pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. <u>See</u> <u>United States v. Williams</u>, No. 2:99-cr-00116-AWA-2 (E.D. Va. May 30, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>